1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

GINO MILLER,

Defendant.

Case No. 2:17-mj-00279-PAL

ORDER

12    The Order (ECF No. 14) granting defendant's Motion to Rescind Order for Psychiatric

13    Examination and Request for Hearing and Initial Appearance (ECF No. 11) was entered in error.

14    **IT IS ORDERED** that:

15    1.  The court's Order (ECF No. 14) is **STRICKEN**.

16    2.  The Motion to Rescind Order for Psychiatric Examination and Request for Hearing

17        and Initial Appearance (ECF No. 11) is set for **May 25, 2017, at 9:00 a.m.**, in

18        Courtroom 3B along with defendant's initial appearance.

19    DATED this 23rd day of May, 2017.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1