UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GINO MILLER,<br><br>    Defendant. | Case No. 2:17-cr-00384-RFB<br><br>**Emergency Order for Production of Documents** |

    On August 27, 2020, this Court held a hearing on Gino Miller's motion for compassionate release. Mr. Miller, register number 74755-112, is currently incarcerated at Lompoc FCI. Because Mr. Miller's current and future medical condition and treatment are material to this Court's determination,

    **IT IS HEREBY ORDERED** that the warden and/or the medical director of Lompoc FCI must produce the following documents by **August 31, 2020, at 5:00 p.m. PST**:

1. Mr. Miller's medical records from July 26, 2020 until present;
2. Mr. Miller's proposed course of treatment including but not limited to if Lompoc FCI has scheduled or has an intention of scheduling Mr. Miller to see a cardiac specialist;
3. Any "cop-outs"/inmate requests to staff submitted by Mr. Miller and any response from Lompoc FCI from July 2020 until present.

1  These documents should be provided directly to the chambers of District
2  Court Judge Richard F. Bouleware via email to the Courtroom Administrator,
3  Blanca Lenzi, at blanca_lenzi@nvd.uscourts.gov by the date and time noted above.

   DATED: August 27, 2020.

   _____
   RICHARD F. BOULWARE II
   United States District Judge