RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Gino Miller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINO MILLER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00384-RFB-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Gino Miller, that the Revocation Hearing currently scheduled on January 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

This Stipulation is entered into for the following reasons:

1.　Mr. Miller made an initial appearance on December 19, 2023, on a Petition for Revocation of Supervised Release. (ECF No. 80.)

2.　At the initial appearance, the Court amended Mr. Miller's GPS monitoring condition such that he is on home confinement: "The defendant is restricted to his residence at

1  all times except for employment; education; religious services; medical, substance abuse or
2  mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
3  activities as preapproved by the supervising officer." (ECF No. 80.)

4       3.    Mr. Miller is in compliance with the amended home confinement condition.

5       4.    Mr. Miller is enrolling in a program that will enable him to seek employment as
6  a truck driver. The program will begin January 22, 2024, last approximately 30 days, and
7  require him to attend from 9 AM to 4 PM each weekday.

8       5.    Mr. Miller intends to obtain employment as a truck driver following completion
9  of the program.

10      6.    The parties seek to continue the date of the revocation hearing in order to allow
11  time for Mr. Miller to complete this educational program and obtain employment.

12      This is the first request for a continuance of the revocation hearing.

13      DATED this 11th day of January, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ David C. Kiebler<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>GINO MILLER,<br><br>      Defendant. | Case No. 2:17-cr-00384-RFB-VCF<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 16, 2024 at 8:30 a.m., be vacated and continued to 3/19/2024 at 8:30 a.m.

      DATED January 12, 2024

_____

UNITED STATES DISTRICT JUDGE

3