RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Gino Miller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00384-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Second Request) |
| GINO MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Gino Miller, that the Status Conference currently scheduled on April 17, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  United States Probation Officer Tawni Salem and Assistant Federal Public Defender Rick Mula have been working together and with Mr. Miller to develop and finalize plans for transfer of jurisdiction to Minnesota. However, additional time is needed for Mr. Miller to secure housing in Minnesota.

2. Mr. Miller is out of custody and does not object to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 14th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ David C. Kiebler<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GINO MILLER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00384-RFB-VCF<br><br>**ORDER GRANTING IN PART<br>MOTION TO CONTINUE** |

　　　IT IS THEREFORE ORDERED that the status conference currently scheduled for April 17, 2025 at 1:00 p.m., be vacated and continued to June 27, 2025 at 8:30 a.m.　　　:

　　　DATED this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE